# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Claudette McGhee,<br><br>Plaintiff,<br><br>vs.<br><br>Guam Community College, Board of Trustees (Members), Dr. Herominando Delos Santos, President, Dr. John Rider, Academic Vice President and Mr. Gary Hartz, OSD. Administrator,<br><br>Defendants. | Civil Case No. 1:07-cv-00012<br><br><br>**J U D G M E N T** |

    Judgment is hereby entered in accordance with the Order Dismissing Case filed on March 31, 2008.

Dated this 2nd day of April, 2008, Hagatna, Guam.

                                                **/s/ Jeanne G. Quinata**
                                                    Clerk of Court